OPINION — AG — ** JURY LISTS — CONFIDENTIAL ** WHEN THE LIST OF JURORS FOR THE TWO WEEK TRIAL TERM IS OPENED, WHICH MUST BE NOT LESS THAN TEN(10) DAYS BEFORE THE DAY SAID JURORS ARE TO APPEAR, THE NAMES OF THE SUCH JURORS MAY THEN BE MADE PUBLIC. (PUBLIC RECORD, SECRECY, COURT CLERK, JURORS, NAMES, COURT, LIST, RECORD) CITE: 38 O.S. 21 [38-21], 38 O.S. 23 [38-23], 38 O.S. 25 [38-25] [38-25] (SAM H. LATTIMORE)